IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

FLY JJJ, LLC         PLAINTIFF(S)

V.         Civil No. 2:22-cv-2128

Rose Aircraft Services, Inc.         DEFENDANT(S)

### AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify that I am the plaintiff or the attorney of record for the plaintiff in the above cause, and that defendant ____Rose Aircraft Services, Inc._____ was served by one of the following methods:
(name)

__X__    A private server or the U.S. Marshal/Sheriff on ___September 1, 2022_____
                                                                                                              (date)

_____    Registered or certified mail on _____
                                                                                        (date return receipt signed by addressee)

_____    Warning Order

_____    Waiver of Service of Summons on _____
                                                                                        (Date request was mailed to deft)

_____    Other_____
                                                                                             (Please specify)

I further certify that the basis of personal jurisdiction over this nonresident defendant is the following section of the Arkansas Long-Arm Statute (A.C.A. 16-4-101):
__N/A_____
(If not applicable, so indicate)

I further certify that the legal authority for serving ___Brenda Rose Sloan and Jonathan Keith Rose___
                                                                                                  (Name)
as an agent of the defendant is ___Fed. R. Civ. P. 4(e)(2)(C)_____
(If not applicable, so indicate)

I further certify that the defendant has failed to serve a responsive pleading or motion to dismiss; no extension has been granted or any extension has expired; the defendant is neither an infant nor an incompetent person nor in the active military service.

The clerk is requested to enter a default against said defendant.

                                              Bobby E. Earles (Admitted *Pro Hac Vice*)
                                              _____
                                              Plaintiff or Attorney for Plaintiff
                                              Cooley LLP
Date:__September 27, 2022___     __110 N. Wacker Drive, Suite 4200_____
                                              Address

                                              Chicago, IL 60606
                                              _____

                                              (312) 881-6500
                                              _____
                                              Telephone