IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**FLY JJJ, LLC**                                                      **PLAINTIFF**

VS.                  **CASE NO. 2:22-CV-2128**

**ROSE AIRCRAFT SERVICES, INC.**                          **DEFENDANT**

## DEFAULT

On this day, September 28, 2022, it is appearing from the Affidavit in Support of Default filed by Bobby Earles, attorney for plaintiff, that the defendant named below:

ROSE AIRCRAFT SERVICES, INC.

has failed to plead or otherwise defend herein as provided by the Federal Rules of Civil Procedure;

Now, therefore, the DEFAULT of the above named defendant is hereby entered.

                                                           JAMIE GIANI
                                                           U.S. DISTRICT CLERK

                                   BY:     /s/   M. McEntire
                                                                Deputy Clerk