UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

FLY JJJ, LLC                                                                                           PLAINTIFF

v.                                              No. 2:22-cv-02128

ROSE AIRCRAFT SERVICES, INC.                                                         DEFENDANT

### ORDER

Before the Court are Defendant Rose Aircraft Services' motion (Doc. 44) to compel and motion (Doc. 46) to continue trial. Rose Aircraft Services also filed briefs in support of its motions. (Docs. 45, 47). Plaintiff Fly JJJ, LLC responded in opposition to the motion to compel. (Doc. 48). The Court held a telephone conference with the parties to discuss both motions.

The motion to compel will be DENIED without prejudice to refiling. Based on the response and the phone conference, it appears Fly JJJ produced the discovery at issue and complied with the Court's scheduling order. If Rose Aircraft Services deems the production insufficient, it is directed to meet and confer with Fly JJJ to attempt to resolve the disagreements. Only after meeting and conferring may the parties seek court intervention.

The motion to continue will be DENIED. The Court will amend the scheduling order by changing the deadline for motions other than motions in limine. An amended scheduling order will be separately entered.

IT IS THEREFORE ORDERED that Defendant Rose Aircraft Services' motions to compel and continue trial are DENIED.

IT IS SO ORDERED this 15th day of June, 2023.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE

1